## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.

**JAMES RAYMOND HANES**

      Defendant.

CR NO: 2:25-CR-0231 WBS

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:    James Raymond Hanes

Detained at    California Institution for Men

Detainee is:    a.)    ☒ charged in this district by:    ☒ Indictment   ☐ Information   ☐ Complaint charging detainee with:   18 U.S.C. §§ 1344(2), 1341, 1028A, and 1028(a)(5)

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings

or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

### *Appearance is necessary FORTHWITH*

| | |
|---|---|
| Signature: | */s/ Jessica Delaney* |
| Printed Name & Phone No: | Jessica Delaney, 916-554-2785 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

       The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and for all further proceedings to be had I this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    January 21, 2026

/s/ Carolyn K. Delaney

Honorable Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male   ☐Female | |
| Booking or CDC #: | BW 8913 | DOB: | 6/23/1965 |
| Facility Address: | 14901 Central Avenue, Chico, CA 91710 | Race: | White |
| Facility Phone: | 909-597-1821 | FBI#: | 813562EA4 |
| Currently | In custody of the State of California | | |

## RETURN OF SERVICE

Executed on: _____

(signature)