HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Cr. S. 2:25-cr-00231-WBS |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| JAMES RAYMOND HANES, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, JESSICA DELANEY, Assistant United States Attorney, attorney for the UNITED STATES, and RACHELLE BARBOUR, attorney for Defendant JAMES RAYMOND HANES, that the status conference currently set for Monday, March 23, 2026, be continued to Monday, **May 18, 2026, at 10:00 a.m**., and that time be excluded for preparation of counsel.

The Government has provided thousands of pages of documents and dozens of native files for Defense counsel's review in this case. Since the start of the case, Defense counsel has been reviewing and analyzing the above, conducting legal research, meeting with her client, researching legal and sentencing issues, and otherwise preparing for trial. The above tasks are ongoing, and the defense requires additional time to review discovery, discuss the case with her client and the Government, conduct further research in support of a plea resolution, and continue to prepare.

Stipulation and ORDER                                                                 *U.S. v Hanes*

The Government has not yet extended a plea offer to Mr. Hanes and has indicated that it intends to do so.  The parties believe that failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the parties stipulate and request that the Court exclude time between the date of the filing of this stipulation through the new status conference date of May 18, 2026, under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).  The parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Date: March 17, 2026

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant
JAMES RAYMOND HANES

Date: March 17, 2026

ERIC GRANT
United States Attorney

/s/ Jessica Delaney
JESSICA DELANEY
Assistant U.S. Attorney
Attorney for the United States

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

Dated:  March 17, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and ORDER                                                                 *U.S. v Hanes*