IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №:2:25-cr-00231-WBS |
| Plaintiff, | **O R D E R**<br>**WITHDRAWING THE FEDERAL**<br>**DEFENDER**<br>**AND APPOINTING CJA COUNSEL** |
| vs. | |
| JAMES RAYMOND HANES, | |
| Defendant. | |

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

Dated:  April 13, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*US v. Hanes*                    1                    Order Withdrawing the Federal
Defender and Appointing CJA Counsel